Same case below, 603 F.3d 758.

Same case below, 366 Fed. Appx. 477.

**No. 10-6176. Rashford Emanuel Galloway, Petitioner v. United States.**

562 U.S. 971, 131 S. Ct. 482, 178 L. Ed. 2d 305, 2010 U.S. LEXIS 7993.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 382 Fed. Appx. 294.

**No. 10-6182. R. Scott Cunningham, Petitioner v. United States.**

562 U.S. 971, 131 S. Ct. 482, 178 L. Ed. 2d 305, 2010 U.S. LEXIS 8095.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 607 F.3d 1264.

**No. 10-6184. Steven A. DeLoge, Petitioner v. Wyoming.**

562 U.S. 971, 131 S. Ct. 482, 178 L. Ed. 2d 305, 2010 U.S. LEXIS 8028.

October 12, 2010. Petition for writ of certiorari to the Supreme Court of Wyoming denied.

Same case below, 231 P.3d 862.

**No. 10-6187. Anthony McQueen, Petitioner v. United States.**

562 U.S. 971, 131 S. Ct. 482, 178 L. Ed. 2d 305, 2010 U.S. LEXIS 8107.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-6194. Barclay Van Buren, Jr., Petitioner v. United States.**

562 U.S. 971, 131 S. Ct. 483, 178 L. Ed. 2d 305, 2010 U.S. LEXIS 8021.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 599 F.3d 170.

**No. 10-6198. Jeffrey D. Leiser, Petitioner v. Michael Thurmer, Warden.**

562 U.S. 971, 131 S. Ct. 483, 178 L. Ed. 2d 305, 2010 U.S. LEXIS 7988,

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 367 Fed. Appx. 691.

**No. 10-6201. Ivan Alejandro Reyes-Silva, Petitioner v. United States.**

562 U.S. 971, 131 S. Ct. 483, 178 L. Ed. 2d 305, 2010 U.S. LEXIS 7961.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6202. Jorge Alberto Sura-Villalta, Petitioner v. United States.**

562 U.S. 971, 131 S. Ct. 483, 178 L. Ed. 2d 305, 2010 U.S. LEXIS 8110.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 380 Fed. Appx. 407.